UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TUTOR-SALIBA/KOCH/
TIDEWATER JOINT VENTURE

       Plaintiff(s),                               No. C 04-4561 WHA (EDL)

       v.                                        ORDER EXCUSING ATTENDANCE
                                               AT SETTLEMENT CONFERENCE
M/V PACIFIC HIGHWAY

       Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated June 10, 2005, Defendants Daygood Steamship, Inc., Pacific Highway Shipping, S.A., Orix Shipping Investment Corp., Taiyo Nippon Kisen Co., Ltd., Kawasaki Kisen Kaisha, Ltd., dba "K"LINE, and Captain Kenneth Carlson ("Defendants") requested to be excused from personally appearing at the settlement conference scheduled for June 22, 2005. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that each of Defendants be available by telephone from 9 a.m. Pacific Standard Time until further notice on June 22, 2005.

If the Court concludes that the absence of Defendants is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including each of Defendants.

SO ORDERED.

Dated: June 13, 2005

                                                       _____
                                                       ELIZABETH D. LAPORTE
                                                     United States Magistrate Judge