IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUTOR-SALIBA/KOCH/TIDEWATER JOINT VENTURE,<br><br>        Plaintiff,<br><br>    v.<br><br>M/V PACIFIC HIGHWAY, et al.,<br><br>        Defendants.<br>_____/ | No. C-04-4561 WHA (EDL)<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE** |

   Following the settlement conference held on June 22, 2005, the parties are to continue settlement discussions and provide an update Magistrate Laporte on or before July 1, 2005. Letter brief may be submitted via facsimile to (415) 522-2002. If the case hasn't settled, parties are to include in their updates a plan for advancing deadline for exchange of expert reports, and a further settlement conference will be scheduled. At the further settlement conference, Mr. Tutor shall appear in person and the Court may also require appearance in person by the representatives of JPIA and vessel with full authority to negotiate.

**IT IS SO ORDERED.**

Dated: June 24, 2005

                                                 *Elizabeth D. Laporte*
                                         ELIZABETH D. LAPORTE
                                         United States Magistrate Judge