**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TUTOR-SALIBA/KOCH/TIDEWATER
JOINT VENTURE,

                    Plaintiff,

          v.

M/V PACIFIC HIGHWAY, et al.,

                    Defendants.

_____/

No. C 04-04561 WHA (EDL)

NOTICE AND ORDER SETTING
FURTHER SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

          You are hereby notified that a further settlement conference is scheduled for **August 24, 2005**, at 9:00

a.m., Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

          Lead counsel who will try the case shall appear at the Settlement Conference with the parties and with

the person or persons having full authority to negotiate and to settle the case. Mr. Tutor and a representative

and/or representatives of JPIA  shall appear in person.

          The parties shall simultaneously exchange summary expert reports as proposed in the June 28, 2005

letter brief faxed to the Court. The summary reports need not be as detailed as a final report and are without

prejudice to the trial preparation disclosure of opening, responsive and reply reports as set forth in Judge

Alsup's Case Management Order and Reference to Magistrate Judge for Mediation/Settlement.

1     **Updated confidential settlement conference statements shall be lodged with the Court by**

2  **August 17, 2005.**

3          All other provisions of this Court's original Notice and Settlement Conference Order shall remain in

4  effect.

5          The parties shall notify Magistrate Judge Laporte's Courtroom Deputy **immediately** at (415) 522-

6  3694 if this case settles prior to the date set for further settlement conference.

7

8  Dated: July 5, 2005

9                                                        _____
                                                         ELIZABETH D. LAPORTE
10                                                       United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2