**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUTOR-SALIBA/KOCH/TIDEWATER JOINT VENTURE, | No. C 04-04561 WHA |
| Plaintiff, | |
| v. | **ORDER REQUESTING STIPULATED DISMISSAL** |
| M/V PACIFIC HIGHWAY, her engines, tackle, equipment, rigging, dinghies, furniture, appurtenances, etc., *in rem*, DAYGOOD STEAMSHIP, INC., "K" LINE AMERICA, INC., CAPTAIN KIP CARLSON, and DOUGLAS WIXSON, | |
| Defendant. / | |
| AND RELATED CROSS-ACTION. / | |

It is the Court's understanding that this matter was resolved during a settlement conference before Magistrate Judge Elizabeth Laporte on August 24, 2005. Accordingly, the parties are requested to submit a stipulated dismissal of all claims and crossclaims by **SEPTEMBER 9, 2005**, so the Court may issue an order instructing the Clerk to officially close the case file.

**IT IS SO ORDERED.**

Dated: August 25, 2005



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE