IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUTOR-SALIBA/KOCH/TIDEWATER JOINT VENTURE,<br><br>    Plaintiff,<br><br>  v.<br><br>M/V PACIFIC HIGHWAY, her engines, tackle, equipment, rigging, dinghies, furniture, appurtenances, etc., *in rem*, DAYGOOD STEAMSHIP, INC., "K" LINE AMERICA, INC., CAPTAIN KIP CARLSON, and DOUGLAS WIXSON,<br><br>    Defendant.<br>                                        /<br>AND RELATED CROSS-ACTION.<br>                                        / | No. C 04-04561 WHA<br><br>**ORDER APPROVING STIPULATED DISMISSAL** |

The stipulated dismissal of this action with prejudice pursuant to FRCP 41(a)(1) is **APPROVED**. The Court retains jurisdiction for only 30 days to enforce the settlement agreement. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: September 8, 2005

                                                WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE